The People of the State of New York, Respondent, 
against
Byron Harkless, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (David Frey, J., at plea; Heidi C. Cesare, J., at sentencing), rendered November 3, 2017, convicting him, upon his plea of guilty, of jostling, and imposing sentence.




Per Curiam.
Judgment of conviction (David Frey, J., at plea; Heidi C. Cesare, J., at sentencing), rendered November 3, 2017, affirmed. 
The record establishes that defendant's guilty plea was knowing, intelligent and voluntary. Defendant confirmed that he was pleading guilty freely and voluntarily, that he was, in fact, guilty, that he had the opportunity to discuss the plea with his attorney, and that he understood that he was giving up the rights to a trial, to remain silent and to confront witnesses (see People v Conceicao, 26 NY3d 375, 383 [2015]). Nothing in the record suggests that defendant's ability to make a voluntary decision to plead guilty was impaired by his use (or "potential" use) of any "substances," and the court was able to view defendant's demeanor and assess his capacity to plead guilty (see People v Alexander, 97 NY2d 482, 486 [2002]).
In any event, the only relief defendant requests is dismissal of the accusatory instrument, and he expressly requests that this Court affirm his conviction if it does not grant dismissal. Since dismissal is not warranted, we affirm on this basis as well (see People v Teron, 139 AD3d 450 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 18, 2019